# EXHIBIT A



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Jul-31-2015  2:29 pm

Case Number: CGC-15-547146

Filing Date: Jul-31-2015 2:21

Filed by:  ARLENE RAMOS

Juke Box: 001    Image: 05016004

COMPLAINT

LORRETTA NESBITT VS. POSTMATES INC.

001C05016004

**Instructions:**
Please place this sheet on top of the document to be scanned.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Postmates Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Lorretta Nesbitt, individually and as a representative of the class

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Francisco County Superior Court

400 McAllister Street, San Francisco, CA 94102

| CASE NUMBER:<br>*(Número del Caso):* |
|---|
| CGC 15-547146 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Matthew Helland, One Embarcadero Ctr, Ste 720, San Francisco, CA 94111, 415-277-7235

| DATE:<br>*(Fecha)* | **JUL 3 1 2015** | **CLERK OF THE COURT** Clerk, by<br>*(Secretario)* | *Arlene Ramos*<br>**ARLENE RAMOS** | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Postmates Inc.

under: ☑ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

1    Matthew C. Helland (SBN 250451)
     helland@nka.com
2    NICHOLS KASTER, LLP
     One Embarcadero Center, Suite 720
3    San Francisco, CA 94111
     Tel: (415) 277-7235; Fax: (415) 277-7238
4
     *Attorney for Plaintiff and the Proposed Class*
5

**F I L E D**

Superior Court of California
County of San Francisco

6                                               JUL 3 1 2015

7                                          CLERK OF THE COURT
                                           BY: _Arlene Ramos_
8                                               ARLENE RAMOS Deputy Clerk

9

10

11           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
             **IN AND FOR THE COUNTY OF SAN FRANCISCO**
12

| | |
|---|---|
| 13  LORRETTA NESBITT, individually and as a representative of the class, | Case No.: **CGC  15-547146** |
| 14  | **CLASS ACTION COMPLAINT** |
| 15                          Plaintiff, | (1) Failure to Provide a Stand-Alone Disclosure in Violation of 15 U.S.C. § 1681b(b)(2) |
| 16  v. | |
| 17  POSTMATES INC., | **DEMAND FOR JURY TRIAL** |
| 18                          Defendant. | |

19           Plaintiff Lorretta Nesbitt ("Plaintiff"), by and through her attorneys, and on

20   behalf of herself, the Putative Class set forth below, and in the public interest, brings the

21   following class action Complaint against Defendant Postmates Inc. ("Defendant")

22   pursuant to the federal Fair Credit Reporting Act ("FCRA").

23                              **INTRODUCTION**

24           1.      This consumer class action is brought under the FCRA against a company

25   who routinely and systematically violates the FCRA's basic protections by failing to

26   provide required disclosures prior to procuring background reports on applicants and

27   employees.

28

---

COMPLAINT, Case No.

2.     As Defendant's practices were routine and systematic, Plaintiff asserts claims for damages on behalf of herself and a class of similarly situated individuals on whom Defendant caused a consumer report to be procured without first providing required disclosures.

## THE PARTIES

3.     Plaintiff Lorretta Nesbitt is an adult resident of Las Vegas, Nevada.

4.     Defendant Postmates, Inc. is a corporation that provides couriers who "purchase and deliver goods from any restaurant or store in a city." https://postmates.com/about (last visited July 30, 2015).  Defendant is headquartered in San Francisco, California and currently offers services in 68 cities throughout the country.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over Plaintiff's claims based on concurrent jurisdiction under 15 U.S.C. § 1681p and Cal. Code Civ. Proc. § 410.10.

6.     Venue is proper in the County of San Francisco because a substantial part of the events giving rise to this claim occurred in this County, and Defendant is headquartered in this County.

## STATUTORY BACKGROUND

7.     Enacted in 1970, the FCRA's passage was driven in part by two related concerns: first, that consumer reports were playing a central role in people's lives at crucial moments, such as when they applied for a job or credit, and when they applied for housing.  Second, despite their importance, consumer reports were unregulated and had widespread errors and inaccuracies.

8.     While recognizing that consumer reports play an important role in the economy, Congress wanted consumer reports to be "fair and equitable to the consumer" and to ensure "the confidentiality, accuracy, relevancy, and proper utilization" of consumer reports. 15 U.S.C. § 1681.

9.     Congress was particularly concerned about the use of background reports in the employment context, and therefore defined the term "consumer reports" to

-2-

1    explicitly include background reports procured for employment purposes.  *See* 15 U.S.C.

2    § 1681a(d)(1)(B).

3         10.    Through the FCRA, Congress required employers disclose that a consumer

4    report may be obtained for employment purposes before procuring the report.  15 U.S.C. §

5    1681b(b)(2)(A)(i).

6         11.    Specifically, Congress made it unlawful for an employer or prospective

7    employer to "procure, or cause a consumer report to be procured, for employment

8    purposes with respect to any consumer, unless …a clear and conspicuous disclosure has

9    been made in writing to the consumer at any time before the report is procured or caused

10   to be procured, *in a document that consists solely of the disclosure*, that a consumer report

11   may be obtained for employment purposes."  15 U.S.C. § 1681b(b)(2)(A)(i) (emphasis

12   added).   This requirement is frequently referred to as the "stand-alone disclosure

13   requirement."

14        12.    Many other provisions of the FCRA are also notice provisions.  *See* 15

15   U.S.C.  §  1681b(b)(3)(A)  (pre-adverse  employment  action  notice  requirement);  §

16   1681b(4)(B) (notification of national security investigation); § 1681c(h) (notification of

17   address discrepancy); § 1681d(a) (disclosure of investigative report); § 1681g (full file

18   disclosure to consumers); § 1681k(a)(1) (disclosure regarding the use of public record

19   information); § 1681h (form and conditions of disclosure); § 1681m(a) (notice of adverse

20   action).

21        13.    Like the other notice provisions in the FCRA, the stand-alone disclosure

22   provision puts consumers on notice that a report about them may be prepared.  This

23   knowledge enables consumers to exercise a variety of other substantive rights conferred

24   by the statute, many of which work to ensure accuracy, confidentiality, and fairness.  15

25   U.S.C.  §  1681c(a)  (limiting  temporal  scope  of  information  that  can  be  reported);  §

26   1681e(b) (mandating that consumer reporting agencies employ procedures to ensure

27   "maximum  possible  accuracy"  in  reports);  §  1681k  (requiring  consumer  reporting

28   agencies that report public record information to employers to either provide notice to the

-3-

consumer that information is being reported or have "strict procedures" to ensure that information is "complete and up to date"); § 1681i (requiring that consumer reporting agencies investigate any disputed information); § 1681g (requiring that consumer reporting agencies provide a complete copy of the consumer's file to the consumer).

14.     Without a clear notice that a consumer report is going to be procured on them, applicants are hindered in their ability to preserve their privacy, and to correct errors or other problems with the reports.

15.     As discussed below, Defendant routinely violated the FCRA, and consumers' rights, by failing to provide the required stand-alone disclosure before procuring consumer reports for employment purposes.

## **ALLEGATIONS RELATING TO NAMED PLAINTIFF NESBITT**

16.     On or around November 2014, Plaintiff applied to work as a courier for Defendant in San Francisco using Defendant's on-line job application.

17.     Defendant requires its couriers to undergo and pass a background check.

18.     Specifically, Defendant procures background checks from Sterling Infosystems, Inc. ("Sterling").

19.     Sterling is a consumer reporting agency because it sells background reports for employment purposes. *See generally* http://www.sterlingbackcheck.com/ (last visited July 23, 2015).

20.     On or about November 20, 2014, Defendant procured Plaintiff's background report from Sterling.

21.     Because the background report contained information regarding whether Plaintiff had a criminal history and detailed Plaintiff's driving record, the background check contained information regarding Plaintiff's "character, general reputation, personal characteristics, or mode of living." 15 U.S.C. § 1681a(d).

22.     Because the background report contained information regarding Plaintiff's "character, general reputation, personal characteristics, or mode of living," the

-4-

1   background check was a consumer report as defined under the FCRA.   15 U.S.C. §

2   1681a(d).

3          23.   Defendant failed to provide a stand-alone disclosure before procuring

4   Plaintiff's background check.

5          24.   Defendant presented Plaintiff with a "Background Check Consent & Non-

6   Disclosure Agreement" that Plaintiff was required to scroll through on Defendant's

7   website.   (Ex. 1.)   This document was the only document presented to Plaintiff that

8   pertained in any way to background checks.

9          25.   Online, the Background Check Consent & Non-Disclosure Agreement

10  appears on a single screen with a scroll bar that requires applicants to scroll through it to

11  read the entire agreement.

12         26.   A printed copy of the Background Check Consent & Non-Disclosure

13  Agreement showing all the verbiage that appears online is over 10 pages long.  (Ex. 2.)

14         27.   The Background Check Consent & Non-Disclosure Agreement is not a

15  stand-alone disclosure as required by the FCRA because it contains extraneous

16  information.

17         28.   First, as suggested by the title of the document, the Background Check

18  Consent & Non-Disclosure Agreement contains a lengthy non-disclosure agreement

19  wherein the job applicant purportedly agrees not to disclose "certain confidential technical

20  and business information."

21         29.   The non-disclosure agreement consists of 12 separately-numbered

22  paragraphs, and 3 sub-paragraphs sprawled over two and a half pages of text.

23         30.   The non-disclosure agreement has nothing whatsoever to do with the

24  procurement of a background check or consumer report.

25         31.   The Background Check Consent & Non-Disclosure Agreement also

26  contains lengthy state-specific statements that are not an authorization for Defendant to

27  procure a consumer report and are also not disclosures of the fact that a report may be

28  procured for employment purposes.  Rather, these statements are extraneous information

-5-

COMPLAINT, Case No.

that renders any disclosure required under the FCRA not "clear and conspicuous" and also not a document consisting "solely" of the disclosure.  Accordingly, the inclusion of these statements on the Background Check Consent & Non-Disclosure Agreement violates the FCRA.

32.     Further, the Background Check Consent & Non-Disclosure Agreement contains a multiple paragraph description regarding the effect of an electronic signature and the procedure for obtaining a paper copy of the disclosure.

33.     The Background Check Consent & Non-Disclosure Agreement also impermissibly purports to have the signer "authorize, without reservation, any state or federal law enforcement agency or court, educational institution, motor vehicle record agency, credit bureau or other information service bureau or data repository or employer to furnish any and all information regarding me to STERLING and/or the COMPANY itself, and authorize STERLING to provide such information to the COMPANY."  This blanket authorization is not merely an authorization for Defendant to procure a consumer report; rather it purports to authorize far more than just the procurement of a consumer report.  Moreover, the blanket authorization for release of records is not a disclosure of the fact that a report may be procured for employment purposes.  Accordingly, the blanket authorization constitutes extraneous information.

34.     Accordingly, Defendant's Background Check Consent & Non-Disclosure Agreement does not satisfy the FCRA's the stand-alone disclosure requirement.

## DEFENDANT'S ILLEGAL BUSINESS PRACTICES

35.     More than fifteen years ago, the Federal Trade Commission emphasized that including extraneous information as Defendant did here is a violation of the FCRA. *Letter from William Haynes, Fed. Trade Comm'n, to Richard W. Hauxwell, CEO Accufax Div.* (June 12, 1998), available at 1998 WL 34323756 (explaining that "inclusion of a . . . waiver in a disclosure form will violate Section [1681b(b)(2)(A)] of the FCRA, which requires that a disclosure consist 'solely of the disclosure that a consumer report may be obtained for employment purposes'").

-6-

36.     Moreover, the disclosure Defendant does provide is not compliant with the FCRA's plain language because it includes, *inter alia*, extraneous information.  Numerous courts have found the inclusion of this kind of information to violate the FCRA.  *See, e.g., Harris v. Home Depot U.S.A., Inc.*, No. 15-CV-01058-VC, ___ F. Supp. 3d ___, 2015 WL 4270313, at *2 (N.D. Cal. June 30, 2015) (holding that "a release of liability is separate and distinct from the disclosure and authorization" and finding plausible allegation that defendant "inserted this [release] into the disclosure form despite knowing that to do so would violate the FCRA, or at least with reckless disregard for the FCRA's requirements"); *Moore v. Rite Aid Hdqtrs Corp.*, No. CIV.A. 13-1515, 2015 WL 3444227, at *12 (E.D. Pa. May 29, 2015) ("[T]he text of the statute and the available agency guidance demonstrate[] that the inclusion of information on the form apart from the disclosure and related authorization violates § 1681b(b)(2)(A)."); *Lengel v. HomeAdvisor, Inc.*, No. 15-2198-RDR, ___ F. Supp. 3d ___, 2015 WL 2088933, at *8 (D. Kan. May 6, 2015) ("[I]t may be plausibly asserted that the standalone disclosure provision was recklessly violated by the use of the Release form because it did not consist solely of the disclosure that a consumer report may be obtained for employment purposes."); *Speer v. Whole Food Mkt. Grp., Inc.*, No. 8:14-CV-3035-T-26TBM, 2015 WL 1456981, at *3 (M.D. Fla. Mar. 30, 2015) (finding that plaintiff had stated a claim wherein plaintiff alleged that "the inclusion of the waiver along with the disclosure violated the FCRA"); *Milbourne v. JRK Residential Am., LLC*, ___ F. Supp. 3d ___, No. 3:12-cv-861, 2015 WL 1120284, at *6 (E.D. Va. Mar. 10, 2015) ("Thus, judging by the text of the statute alone, inclusion of a waiver within the document containing the disclosure would violate [the FCRA]."); *Dunford v. American Databank, Inc.*, 64 F. Supp. 3d 1378, 1388 (N.D. Cal. Aug. 12, 2014) (finding document that contained a liability release to "not consist solely of the disclosure because it added a paragraph exonerating [the defendant]"); *Avila v. NOW Health Grp., Inc.*, No. 14 C 1551, 2014 WL 3537825, at *2 (N.D. Ill. July 17, 2014) (finding inclusion of liability waivers to be "contrary to the express language of the FCRA, which requires a disclosure 'in a document that consists solely of the

-7-

1   disclosure'"); *Singleton v. Domino's Pizza, LLC*, No. 12-cv-823, 2012 WL 245965, at *9

2   (D. Md. Jan. 25, 2012) ("[B]oth the statutory text and FTC advisory opinions indicate that

3   an employer violates the FCRA by including a liability release in a disclosure

4   document."); *Reardon v. ClosetMaid Corp.*, No. 2:-8-cv-01730, 2013 WL 6231606, at

5   *10 (W.D. Pa. Dec. 2, 2013) (finding disclosure with liability waiver to be "facially

6   contrary to the statute at hand, and all of the administrative guidance"); *Jones v. Halstead

7   Mgmt. Co., LLC*, ___ F. Supp. 3d ___, No. 14-CV-3125 VEC, 2015 WL 366244, at *5

8   (S.D.N.Y. Jan. 27, 2015) (finding disclosure to not stand-alone when it included

9   "information regarding time frames within which the applicant must challenge the

10  accuracy of any report; an acknowledgement that 'all employment decisions are based on

11  legitimate non-discriminatory reasons;' . . . and all sorts of state-specific disclosures");

12  *Martin v. Fair Collections & Outsourcing, Inc.*, No. GJH-14-3191, 2015 WL 4064970, at

13  *4 (D. Md. June 30, 2015) (denying motion to dismiss where form "contain[ed] an

14  authorization to obtain the report, information on when the applicant must challenge the

15  accuracy of any report, an acknowledgement that the employee understands that 'all

16  employment decisions are based on legitimate non-discriminatory reasons,' the name,

17  address and telephone number of the nearest unit of the consumer reporting agency

18  designated to handle inquiries regarding the investigative consumer report, and several

19  pieces of state-specific information"); *Rawlings v. ADS Alliance Data Sys., Inc.*, No. 2:15-

20  CV-04051-NKL, 2015 WL 3866885, at *6 (W.D. Mo. June 23, 2015) (stating "[w]here

21  the FCRA's language is clear, a dearth of guidance does not justify an objectively

22  unreasonable interpretation of the statute" and denying motion to dismiss where form

23  contained extraneous state law disclosures and plaintiff alleged that defendant "knowingly

24  used a disclosure form . . . that contained extraneous information in violation of the

25  FCRA"); *Miller v. Quest Diagnostics*, No. 2:14-cv-4278, ___ F. Supp. 3d ___, 2015 WL

26  545506, at *3 (W.D. Mo. Jan. 28, 2015) (finding "inclusion of the state-mandated

27  consumer report information, administrative sections, ***and*** release language in the

28  disclosure violates 15 U.S.C. § 1681b(b)(2)"); *see also E.E.O.C. v. Video Only, Inc.*, No.

-8-

1    CIV. 06-1362-KI, 2008 WL 2433841, at *11 (D. Or. June 11, 2008) (granting summary

2    judgment against the defendant-employer who made disclosure "as part of its job

3    application which is not a document consisting solely of the disclosure.").

4         37.    School records, financial records, health records and public records, all of

5    which fall within the broad language included in the Background Check Consent, are all

6    legally protected from disclosure.  For example, the Family Educational Rights & Privacy

7    Act, 20 U.S.C. § 1232g; 34 CFR Part 99, protects school records from disclosure absent

8    consent from the student.    Similarly, the Gramm-Leach-Bliley Act requires financial

9    institutions to safeguard nonpublic information at 15 U.S.C. §§ 6801-6809, and the Health

10   Insurance Portability and Accountability Act, which sets forth its Privacy Rule at 45 CFR

11   Part 160, and Subparts A and E of Part 164, requires certain entities to keep medical

12   records private.    Most states also protect certain types of information relating to

13   individuals from public disclosure.   For example, California's Financial Information

14   Privacy Act, Cal. Fin. Code. § 4050, *et seq.*, is intended "to afford persons greater privacy

15   protections than those provided in . . . the federal Gramm-Leach-Bliley Act."  *Id.* §

16   4051(b).  Most states' government data laws are even more restrictive, and prohibit the

17   disclosure of information on individuals held by many state agencies, like California's

18   Information Practices Act of 1977, Cal. Civil Code § 1798, *et seq*.  The Background

19   Check Consent & Non-Disclosure Agreement, however, purports to waive these rights

20   and would therefore operate to release these third parties from any liability for violating

21   these privacy laws.

22        38.    Defendant knew that it had an obligation to provide a stand-alone

23   disclosure before procuring a consumer report.

24        39.    The FCRA requires that, prior to procuring consumer reports, employers

25   must certify to the consumer reporting agency that they will comply with the FCRA's

26   stand-alone disclosure and authorization requirements.  *See* 15 U.S.C. § 1681b(b)(1).

27        40.    In accordance with their standard procedures, the consumer reporting

28   agencies from which Defendant acquired consumer reports during the two years preceding

-9-

1   the filing of this Complaint, including Sterling, required Defendant to certify that it would

2   comply with the stand-alone disclosure provisions of the FCRA.

3       41.     Before procuring Plaintiff's report, Defendant did, in fact, certify to

4   Sterling and other consumer reporting agencies that it would comply with the stand-alone

5   disclosure provisions of the FCRA.

6       42.     In its contract with Sterling, Defendant also agreed that before obtaining a

7   consumer report, Defendant would provide a disclosure in writing to the consumer that a

8   consumer report will be obtained for employment purposes, that such disclosure will be

9   made in a document consisting solely of the disclosure.

10      43.     Defendant did not procure Plaintiff's report in connection with any

11  investigation of suspected misconduct relating to employment, or compliance with

12  federal, state, or local laws and regulations, the rules of a self-regulatory organization, or

13  any preexisting written policies of the employer.

14      44.     By systematically inserting extraneous information into Plaintiff's and

15  other class members' disclosures, Defendant willfully violated 15 U.S.C. §

16  1681b(b)(2)(A).

17      45.     Plaintiff experienced a concrete injury in the form of being deprived of a

18  disclosure to which she was statutorily entitled as a result of Defendant's failure to

19  comply with the FCRA's stand-alone disclosure requirement.

20  **CLASS ACTION ALLEGATIONS**

21      46.     Plaintiff asserts her claims on behalf of the proposed Class defined as

22  follows:

23      All individuals on whom Defendant obtained a consumer report for
        employment purposes in the two years predating the filing of this
24      Complaint and continuing through the date the class list is prepared.

25      47.     This action is brought, and may properly be maintained, as a class action

26  under Cal. Code of Civ. Proc. § 382 because there is a well-defined community of

27  interest in the litigation, and the proposed Class is easily ascertainable from Defendant's

28  records.

-10-

1    48.    Numerosity:  The Class is so numerous that joinder of all class members

2    is impracticable.  Defendant is a large company that has had hundreds, if not thousands,

3    of job applicants in the past two years.

4    49.    Typicality:  Plaintiff's claims are typical of the class members' claims.

5    The FCRA violations committed by Defendant were committed pursuant to uniform

6    policies and procedures, and Defendant treated Plaintiff in the same manner as other

7    class members in accordance with its standard policies and practices.

8    50.    Adequacy:  Plaintiff will fairly and adequately protect the interests of the

9    Class, and has retained counsel experienced in complex class action litigation.

10    51.    Commonality:  Common questions of law and fact exist as to all members

11    of the Class and predominate over any questions solely affecting individual members of

12    the Class, including without limitation:

13         (a) Whether Defendant's Background Check Consent & Non-Disclosure

14              Agreement violated the FCRA's stand-alone disclosure requirement;

15         (b) Whether Defendant's conduct was willful under FCRA; and

16         (c) The appropriateness and proper measure of statutory damages.

17    52.    Class certification is appropriate under Cal. Code Civ. Proc. § 382

18    because questions of law and fact common to the Class predominate over any questions

19    affecting only individual members of the Class, and because a class action is superior to

20    other available methods for the fair and efficient adjudication of this litigation.

21    Defendant's conduct described in this Complaint stems from common and uniform

22    policies and practices, resulting in common violations of the FCRA.  Members of the

23    Class do not have an interest in pursuing separate actions against Defendant, as the

24    amount of each class member's individual claim is small compared to the expense and

25    burden of individual prosecution, and Plaintiff is unaware of any similar claims brought

26    against Defendant by any members of the Class on an individual basis.   Class

27    certification will also obviate the need for unduly duplicative litigation that might result

28    in inconsistent judgments concerning Defendant's practices.  Moreover, management of

-11-

this action as a class action will not present any likely difficulties.  In the interests of justice and judicial efficiency, it would be desirable to concentrate the litigation of all class members' claims in a single forum.

**CLAIM FOR RELIEF**
**15 U.S.C. § 1681b(b)(2)**
**Failure to Provide a Stand-Alone Disclosure**

53.    Defendant violated the FCRA by procuring consumer reports on Plaintiff and class members without making the stand-alone disclosure required by the FCRA.  *See* 15 U.S.C. § 1681b(b)(2)(A)(i).

54.    Defendant acted willfully and in knowing or reckless disregard of its obligations and the rights of Plaintiff and the other class members.  Defendant's willful conduct is reflected by, among other things, the fact that it violated a clear statutory mandate set forth in 15 U.S.C. § 1681b(b)(2)(A)(i), and that Defendant certified that it would comply with 15 U.S.C. § 1681b(b)(2)(A)(i).  Further:

(a)    The stand-alone disclosure provision was enacted in 1996 and has been in force since Defendant's founding;

(b)    Defendant's conduct is inconsistent with the FTC's longstanding regulatory guidance, judicial interpretation, and the plain language of the statute;

(c)    Defendant repeatedly and routinely uses the same unlawful documents it provided to Plaintiff with all of its applicants on whom it procured consumer reports;

(d)    Despite the pellucid statutory text and there being a depth of guidance, Defendant systematically procured consumer reports without first disclosing in writing to the consumer *in a document that consists solely of the disclosure*, that a consumer report may be obtained for employment purposes; and

(e)    By adopting such a policy, Defendant voluntarily ran a risk of violating the law substantially greater than the risk associated with

-12-

1        a reading that was merely careless.

2        55.    Plaintiff and the Class are entitled to statutory damages of not less than

3    $100 and not more than $1,000 for each and every one of these violations, pursuant to 15

4    U.S.C. § 1681n(a)(1)(A).  Class members are also entitled to punitive damages for these

5    violations, pursuant to 15 U.S.C. § 1681n(a)(2).  Plaintiff and class members are further

6    entitled to recover their costs and attorneys' fees, pursuant to 15 U.S.C. § 1681n(a)(3).

7                                    **PRAYER FOR RELIEF**

8        56.    WHEREFORE, Plaintiff, on behalf of herself and the Class, prays for

9    relief as follows:

10            (a) Determining that this action may proceed as a class action under Cal.

11                Code Civ. Proc. § 382;

12            (b) Designating  Plaintiff  as  Class  Representative  and  designating

13                Plaintiff's counsel as counsel for the Class;

14            (c) Issuing proper notice to the Class at Defendant's expense;

15            (d) Declaring that Defendant violated the FCRA;

16            (e) Declaring that Defendant acted willfully, in knowing or reckless

17                disregard of Plaintiff's rights and its obligations under the FCRA;

18            (f) Awarding statutory damages and punitive damages as provided by the

19                FCRA;

20            (g) Awarding reasonable attorneys' fees and costs as provided by the

21                FCRA;

22            (h) Granting other and further relief, in law or equity, as this Court may

23                deem appropriate and just.

24                                    **DEMAND FOR JURY TRIAL**

25        57.    Pursuant to Section 16, Article I of the California Constitution, and Cal.

26    Code Civ. Proc. § 631, Plaintiff and the Class demand a trial by jury.

27

28

-13-

COMPLAINT, Case No.

1   Dated: 7/31/15

2                                   NICHOLS KASTER, LLP

                              By:

3                                   Matthew C. Helland

4                                   Attorneys   for   Plaintiff   and   the
                                    Proposed Class
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-14-

COMPLAINT, Case No.

EXH. 1

# EXHIBIT 1



## Background Check Consent & Non-Disclosure Agreement

### Disclosure Regarding Employment Background Report

POSTMATES INC. ("COMPANY") may obtain from Sterling Infosystems, Inc. ("STERLING"), 1 State Street, New York, NY 10004, (877) 424-2457, www.sterlinginfosystems.com, a consumer report and/or an investigative consumer report ("REPORT") that contains background information about you in connection with your employment or employment application. If you are hired, to the extent permitted by law, COMPANY may obtain from STERLING further reports throughout your employment for an employment purpose without providing further disclosure or obtaining additional consent.

The REPORT may contain information about your character, general reputation, personal characteristics and mode of living. The REPORT may include, but is not limited to, credit reports and credit history information; criminal and other public records and history; public court records (e.g., bankruptcies, tax liens and judgments); motor vehicle and driving records; educational and employment history, including professional disciplinary actions; drug/alcohol test results; and Social

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                    SUBMIT

© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 1 of 34



### POSTMATES

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

Security verification and address history, subject to any limitations imposed by applicable federal and state law. This information may be obtained from public record and private sources, including credit bureaus, government agencies and judicial records, former employers and educational institutions, and other sources.

If an investigative consumer REPORT is obtained, in addition to the description above, the nature and scope of any such REPORT will be employment verifications and references, or personal references.

## California Disclosure Regarding Employment Background Report

COMPANY may obtain from Sterling Infosystems, Inc. ("STERLING"), 1 State Street, New York, NY 10004, (877) 424-2457, www.sterlinginfosystems.com, a consumer report and/or an investigative consumer report ("REPORT") that contains background information about you in connection with your employment or employment application for employment purposes. If you are hired, to the extent permitted by law, COMPANY may obtain from STERLING further REPORTS

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                           SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 2 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

purposes. If you are hired, to the extent permitted by law, COMPANY may obtain from STERLING further REPORTS throughout your employment for an employment purpose without providing further disclosure or obtaining additional consent.

The REPORT may contain information about your character, general reputation, personal characteristics and mode of living. The REPORT may include, but is not limited to, credit reports and credit history information; criminal and other public records and history; public court records (e.g., bankruptcies, tax liens and judgments); motor vehicle and driving records; educational and employment history, including professional disciplinary actions; drug/alcohol test results; and Social Security verification and address history, subject to any limitations imposed by applicable federal and state law. This information may be obtained from public record and private sources, including credit bureaus, government agencies and judicial records, former employers and educational institutions, and other sources.

If an investigative consumer REPORT is obtained, in addition to the description above, the nature and scope of any such REPORT will be employment verifications and references, or personal references.

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                   SUBMIT

© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 3 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

REPORT will be employment verifications and references, or personal references.

You may inspect STERLING's files concerning you during normal business hours and upon reasonable notice. You can inspect the files at STERLING's offices if you furnish proper identification, and you can obtain a copy by paying duplication costs. One other person can accompany you if he or she furnishes reasonable identification. You can also obtain a copy of your files by sending STERLING at the address listed above a written request, including proper identification, by certified mail. STERLING will give you a summary of the information in the files by telephone if you submit a written request including proper identification. STERLING has trained personnel who can explain the information furnished to you, and can provide a written explanation of any coded information contained in your files. "Proper identification" includes documents such as a valid driver's license, Social Security card, military identification card or credit card. If necessary, STERLING may request additional information about your employment and personal or family history to verify your identity.

## Authorization to Obtain Employment Background Report

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK

SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 4 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

I have read the Disclosure Regarding Employment Background Report provided by COMPANY and this Authorization to Obtain Employment Background Report.

By my signature below, I hereby consent to the preparation by Sterling Infosystems, Inc. ("STERLING"), a consumer reporting agency located at 1 State Street, New York NY 10004, (877) 424-2457, www.sterlinginfosystems.com, of background reports regarding me and the release of such reports to the COMPANY and its designated representatives, to assist the COMPANY in making an employment decision involving me at any time after receipt of this authorization and throughout my employment, to the extent permitted by law.

To this end, I hereby authorize, without reservation, any state or federal law enforcement agency or court, educational institution, motor vehicle record agency, credit bureau or other information service bureau or data repository, or employer to furnish any and all information regarding me to STERLING and/or the COMPANY itself, and authorize STERLING to provide such information to the COMPANY. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                                SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 5 of 34

**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT



# Background Check Consent & Non-Disclosure Agreement

I acknowledge receipt of a copy of the Consumer Financial Protection Bureau's "A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT."

## FOR WASHINGTON RESIDENTS ONLY:

By agreeing below, I attest that I am a prospective independent contractor of the COMPANY and that I request a copy of my official Driving Record in the State of Washington be released to Company or their agent, not to exceed thirty (30) days from the date below.

**Para informacion en espanol, visite** www.consumerfinance.gov/learnmore **o escribe a la Consumer Financial Protection Burea**

## A Summary of Your Rights Under the Fair Credit Reporting Act

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                    SUBMIT



© 2015 Postmates Inc.    Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 6 of 34



Exhibit 1
Page 7 of 34

へ



**POSTMATES**   IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

- In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                    SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy



# Background Check Consent & Non-Disclosure Agreement

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK

SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 9 of 34



POSTMATES                                    IOS      ANDROID      BLOG      LOGOUT



# Background Check Consent & Non-Disclosure Agreement

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.



By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                        

© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 10 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                    SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 11 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1. a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Consumer Financial Protection Bureau 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the Bureau: | b. Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: | |

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK

SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 12 of 34

 **POSTMATES**                    IOS      ANDROID      BLOG      LOGOUT

   

# Background Check Consent & Non-Disclosure Agreement

a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks

a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050

b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480

c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations

c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                SUBMIT

 © 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 13 of 34

  

 **POSTMATES**

IOS     ANDROID     BLOG     LOGOUT

  

# Background Check Consent & Non-Disclosure Agreement

insured state savings associations

Walnut Street, Box #11 Kansas City, MO
64106

d. Federal Credit Unions

d. National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and
Outreach (DCCO) 1775 Duke Street
Alexandria, VA 22314

3. Air carriers

Asst. General Counsel for Aviation
Enforcement & Proceedings Department
of Transportation 1200 New Jersey
Avenue, SE Washington, DC 20590

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK

SUBMIT

 © 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 14 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

| | |
|---|---|
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street SW Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                                     SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 15 of 34

 **POSTMATES**

 IOS      ANDROID      BLOG     LOGOUT

   

# Background Check Consent & Non-Disclosure Agreement

7. Brokers and Dealers

Securities and Exchange Commission 100 F St NE Washington, DC 20549

8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration 1501 Farm Credit Drive Mclean, VA 22102-5090

9. Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ Back     SUBMIT

 © 2015 Postmates Inc. Android     About     Couriers     Developers     Testimonials     Jobs     Press     Help     Terms     Privacy

Exhibit 1
Page 16 of 34

Case 3:15-cv-04082-VC   Document 1-1   Filed 09/04/15   Page 36 of 67



**POSTMATES**                    IOS  |  ANDROID  |  BLOG  |  LOGOUT



# Background Check Consent & Non-Disclosure Agreement

### New York Article 23-A Correction Law

**§ 750.** Definitions. For the purposes of this article, the following terms shall have the following meanings: (1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission. (2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons. (3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question. (4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm. (5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment" shall not, for the purposes of this article, include membership in

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                        SUBMIT

 © 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 17 of 34





# Background Check Consent & Non-Disclosure Agreement

any law enforcement agency.

**§ 751.** Applicability. The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

**§ 752.** Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited. No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual's having been previously

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK

SUBMIT



© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 18 of 34



# Background Check Consent & Non-Disclosure Agreement

convicted of one or more criminal offenses, or by reason of a finding of lack of "good moral character" when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

1. there is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or
2. the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

§ 753. Factors to be considered concerning a previous criminal conviction; presumption. 1. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors: (a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses. (b) The specific duties and responsibilities necessarily related to the license or employment sought or held by the person. (c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK    

  © 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 19 of 34



**POSTMATES**       IOS    ANDROID    BLOG    LOGOUT



# Background Check Consent & Non-Disclosure Agreement

responsibilities. (d) The time which has elapsed since the occurrence of the criminal offense or offenses. (e) The age of the person at the time of occurrence of the criminal offense or offenses. (f) The seriousness of the offense or offenses. (g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct. (h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public. 2. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

§ 754. Written statement upon denial of license or employment. At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

§ 755. Enforcement. 1. In relation to actions by public agencies, the provisions of this article shall be enforceable by a

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                                    SUBMIT



Exhibit 1
Page 20 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT



# Background Check Consent & Non-Disclosure Agreement

**§ 755.** Enforcement. 1. In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules. 2. In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

## Electronic Consent Acknowledgement

This disclosure requires an electronic or physical signature before it can be submitted. The law requires that we provide certain information to you and obtain consent to use an electronic signature prior to your doing so. To agree to the use of an electronic signature and to sign this document with the same effect as physically signing your name, click the "Submit" button at the bottom of this page after reviewing both the document and the information regarding the use of electronic signatures.

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                          SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 21 of 34



**POSTMATES**

IOS  |  ANDROID  |  BLOG  |  LOGOUT



# Background Check Consent & Non-Disclosure Agreement

Information on using electronic signatures in accordance with applicable state and federal laws:

a. You may elect to use and sign a paper version of this document. To use a paper version, print this page from your computer, sign it, and mail to:
Postmates Inc., 475 Valencia Street, San Francisco, CA 94103.
Your information will not be stored until we receive this document

b. If you do not want to sign this document, do not click "Submit." Close your web browser, or use your back button to exit this screen.

c. Your agreement to use an electronic signature applies to this document and this session. If you decide to do other electronic business with us in the future, you will need to separately agree to each transaction.

d. If you would like to withdraw consent or update your contact information you may call COMPANY at 1 800 882 6106.

e. After successful completion of your electronic signature you can obtain paper and/or electronic copies of this document at no cost.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK





© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 22 of 34



**POSTMATES**                              IOS    ANDROID    BLOG    LOGOUT



# Background Check Consent & Non-Disclosure Agreement

I understand that if I would like a paper copy of this Disclosure and separate Authorization Form, I may print a copy, or I may request one be mailed to me at no charge, by calling COMPANY at 1 800 882 6106.

I understand that typing my name and entering my social security number where indicated below, and then clicking on "Submit" constitutes my electronic signature of the authorization to obtain employment background report and certification of the accuracy of the information I have provided as of the date and time of submission, and that by doing so:

I am consenting to the use of electronic means to (i) sign this form, (ii) receive the Disclosure Statement appearing above, and (iii) electronic storage of the underlying documents.

Please review the information you have entered for completeness and accuracy before applying your electronic signature.

If you need to edit any of the information you can do so by clicking the "Back" button.

A copy of your signed documents will be available immediately after submission by selecting one of the options on the

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                                    SUBMIT

  © 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 23 of 34



POSTMATES                                    IOS  |  ANDROID  |  BLOG  |  LOGOUT



# Background Check Consent & Non-Disclosure Agreement

"Thank You" page.

## State Law Notices Relating to Your Background Report

**Washington State Applicants only:** You also have the right to request from the consumer reporting agency a written summary of your rights and remedies under the Washington Fair Credit Reporting Act.

**California, Massachusetts, Minnesota, New Jersey and Oklahoma Applicants Only:** You have the right to request a copy of any REPORT obtained by COMPANY from STERLING, and can make such request by e-mailing ride@postmates.com or calling COMPANY at 1 800 882 6106.

**New York Applicants Only:** By signing the authorization, you acknowledge that you have received a copy of New York Correction Law Article 23-A. You have the right, upon written request, to be informed whether an investigative consumer REPORT was requested. If such a REPORT was requested, you will be provided with the name and address of the consumer

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                   

 © 2015 Postmates Inc.  Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 24 of 34

 

 POSTMATES     IOS  |  ANDROID    BLOG    LOGOUT



# Background Check Consent & Non-Disclosure Agreement

reporting agency that prepared the REPORT and you can contact that agency to inspect or receive a copy of the REPORT.

## NON-DISCLOSURE AGREEMENT

By clicking **"Submit"** below, I (**"Recipient"**) hereby accept the terms of this Nondisclosure Agreement by and between Recipient and Postmates Inc. (**"Company"**) (each herein referred to individually as a **"Party,"** or collectively as the **"Parties"**). In consideration of the covenants and conditions contained herein, the Parties hereby agree to the following:

### 1. Purpose

The Parties wish to explore a business opportunity of mutual interest (the **"Opportunity"**), and in connection with the

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK 

 © 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 25 of 34





# Background Check Consent & Non-Disclosure Agreement

Opportunity. Company has disclosed, and may further disclose to Recipient certain confidential technical and business information that Company desires Recipient to treat as confidential.

## 2. Confidential Information

A. *Definition.* **"Confidential Information"** means any information (including any and all combinations of individual items of information) disclosed by Company to Recipient, including any information disclosed prior to the Effective Date, either directly or indirectly in writing, orally or by inspection of tangible objects (including, without limitation, research, product plans, products, services, equipment, customers, markets, software, inventions, discoveries, ideas, processes, designs, drawings, hardware, formulations, specifications, product configuration information, marketing and finance documents, prototypes, samples, data sets, and equipment), whether or not designated as "confidential" at the time of disclosure. Confidential Information may also include information of a third party that is in Company's possession and is disclosed to Recipient under this Agreement.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK



© 2015 Postmates Inc.   iOS   Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 26 of 34



# Background Check Consent & Non-Disclosure Agreement

B. *Exceptions.* Confidential Information shall not, however, include any information that Recipient can establish: (i) was publicly known or made generally available without a duty of confidentiality prior to the time of disclosure to Recipient by Company; (ii) becomes publicly known or made generally available without a duty of confidentiality after disclosure to Recipient by Company through no action or inaction of Recipient; or (iii) is in the rightful possession of Recipient without confidentiality obligations at the time of disclosure by Company to Recipient as shown by Recipient's then-contemporaneous written files and records kept in the ordinary course of business; provided that any combination of individual items of information shall not be deemed to be within any of the foregoing exceptions merely because one or more of the individual items are within such exception, unless the combination as a whole is within such exception.

C. *Compelled Disclosure.* If Recipient becomes legally compelled to disclose any Confidential Information, other than pursuant to a confidentiality agreement, Recipient will provide Company prompt written notice of such disclosure and will assist Company in seeking a protective order or another appropriate remedy. If Company waives Recipient's compliance with this Agreement or fails to obtain a protective order or other appropriate remedy, Recipient will

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK



 © 2015 Postmates, Inc.   Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 27 of 34



## POSTMATES

IOS      ANDROID      BLOG      LOGOUT

# Background Check Consent & Non-Disclosure Agreement

furnish only that portion of the Confidential Information that is legally required to be disclosed; provided that any Confidential Information so disclosed shall maintain its confidentiality protection for all purposes other than such legally compelled disclosure.

## 3. Non-use and Non-disclosure

Recipient shall not use any Confidential Information for any purpose except to evaluate and engage in discussions concerning the Opportunity. Recipient shall not disclose any Confidential Information or permit any Confidential Information to be disclosed, either directly or indirectly, to any third party without Company's prior written consent. Recipient shall not disclose Confidential Information or permit the disclosure of Confidential Information to its employees, except that Recipient may disclose Confidential Information to those employees of Recipient who are required to have the information in order for Recipient to evaluate or engage in discussions concerning the Opportunity; provided that such employee has signed a non-use and non-disclosure agreement in content at least as protective as the provisions hereof, prior to any

By entering your Social Security Number you agree to the terms above.

Social Security Number

‹ BACK                                                              SUBMIT

© 2015 Postmates Inc.   Android      About      Couriers      Developers      Testimonials      Jobs      Press      Help      Terms      Privacy

Exhibit 1
Page 28 of 34





# Background Check Consent & Non-Disclosure Agreement

disclosure of Confidential Information to such employee. Recipient shall not reverse engineer, disassemble, or decompile any prototypes, software, samples, or other tangible objects that embody the Confidential Information.

## 4. Maintenance of Confidentiality

Recipient shall take reasonable measures to protect the secrecy of and avoid disclosure and unauthorized use of the Confidential Information. Without limiting the foregoing, Recipient shall take at least those measures it employs to protect its own most highly confidential information. Recipient shall not make any copies of the Confidential Information unless the same are previously approved in writing by Company. Recipient shall reproduce Company's proprietary rights notices on any such authorized copies, in the same manner in which such notices were set forth in or on the original. Recipient shall immediately notify Company of any unauthorized use or disclosure, or suspected unauthorized use or disclosure, of Confidential Information.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK



© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 29 of 34



# Background Check Consent & Non-Disclosure Agreement

### 5. No Obligation

Nothing in this Agreement shall obligate either Party to proceed with any transaction between them, and each Party reserves the right, in its sole discretion, to terminate the discussions contemplated by this Agreement concerning the Opportunity. Nothing in this Agreement shall be construed to restrict Company's use or disclosure of its own Confidential Information.

### 6. No Warranty

ALL CONFIDENTIAL INFORMATION IS PROVIDED "AS IS." COMPANY MAKES NO WARRANTIES, EXPRESS, IMPLIED OR OTHERWISE, REGARDING THE ACCURACY, COMPLETENESS OR PERFORMANCE OF ANY CONFIDENTIAL INFORMATION, OR WITH RESPECT TO NON-INFRINGEMENT OR OTHER VIOLATION OF ANY INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY OR OF RECIPIENT.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK                                                    SUBMIT

© 2015 Postmates Inc.   iOS   Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 30 of 34



**POSTMATES**

IOS | ANDROID | BLOG | LOGOUT

# Background Check Consent & Non-Disclosure Agreement

### 7. Return of Materials

All documents and other tangible objects containing or representing Confidential Information and all copies or extracts thereof or notes derived therefrom that are in the possession or control of Recipient shall be and remain the property of Company and shall be promptly returned to Company or destroyed (with proof of such destruction), each upon Company's request.

### 8. No License

Nothing in this Agreement is intended to grant any rights to Recipient under any intellectual property right of Company, nor shall this Agreement grant Recipient any rights in or to the Confidential Information except as expressly set forth in this Agreement.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK                                                    SUBMIT

© 2015 Postmates Inc. Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 31 of 34



POSTMATES      IOS  |  ANDROID  |  BLOG  |  LOGOUT

# Background Check Consent & Non-Disclosure Agreement

### 9. Term

The obligations of Recipient under this Agreement shall survive until such time as all Confidential Information disclosed hereunder becomes publically known or made generally available through no action or inaction of Recipient.

### 10. Remedies

Recipient agrees that any violation or threatened violation of this Agreement will cause irreparable injury to Company, entitling Company to obtain injunctive relief in addition to all legal remedies without showing or proving any actual damage and without any bond being required to be posted.

### 11. Recipient Information

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK                          SUBMIT

© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 32 of 34





# Background Check Consent & Non-Disclosure Agreement

Company does not wish to receive any confidential information from Recipient, and Company assumes no obligation, either expressed or implied, with respect to any information disclosed by Recipient to Company.

## 12. Miscellaneous

This Agreement shall bind and inure to the benefit of the Parties and their respective successors and permitted assigns; except that Recipient may not assign or otherwise transfer this Agreement, by operation of law or otherwise, (including by merger, reorganization, consolidation, change of control, or sale of all or substantially all of Recipient's assets to which this Agreement pertains), without written consent of Company. Any assignment or transfer of this Agreement in violation of the foregoing shall be null and void. This Agreement will be interpreted and construed in accordance with the laws of the State of California, without regard to conflict of law principles. Recipient hereby represents and warrants that the persons executing this Agreement on its behalf have express authority to do so, and, in so doing, to bind Recipient thereto. This Agreement contains the entire agreement between the Parties with respect to the Opportunity and supersedes all prior

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK



© 2015 Postmates Inc. iOS Android   About   Couriers   Developers   Testimonials   Jobs   Press   Help   Terms   Privacy

Exhibit 1
Page 33 of 34



# Background Check Consent & Non-Disclosure Agreement

This Agreement shall bind and inure to the benefit of the Parties and their respective successors and permitted assigns; except that Recipient may not assign or otherwise transfer this Agreement, by operation of law or otherwise, (including by merger, reorganization, consolidation, change of control, or sale of all or substantially all of Recipient's assets to which this Agreement pertains), without written consent of Company. Any assignment or transfer of this Agreement in violation of the foregoing shall be null and void. This Agreement will be interpreted and construed in accordance with the laws of the State of California, without regard to conflict of law principles. Recipient hereby represents and warrants that the persons executing this Agreement on its behalf have express authority to do so, and, in so doing, to bind Recipient thereto. This Agreement contains the entire agreement between the Parties with respect to the Opportunity and supersedes all prior written and oral agreements between the Parties regarding the Opportunity. If a court or other body of competent jurisdiction finds any provision of this Agreement, or portion thereof, to be invalid or unenforceable, such provision will be enforced to the maximum extent permissible so as to effect the intent of the Parties, and the remainder of this Agreement will continue in full force and effect. A Party's failure to enforce any provision of this Agreement shall neither be construed as a waiver of the provision nor prevent the Party from enforcing any other provision of this Agreement.

By entering your Social Security Number you agree to the terms above.

Social Security Number

< BACK

SUBMIT

© 2015 Postmates Inc. Android    About    Couriers    Developers    Testimonials    Jobs    Press    Help    Terms    Privacy

Exhibit 1
Page 34 of 34

EXH. 2

# EXHIBIT 2

- [iOS](#)
- [Android](#)
- [Blog](#)
- [Logout](#)

1.
2.
3.
4.

# Background Check Consent & Non-Disclosure Agreement

**Disclosure Regarding Employment Background Report**

POSTMATES INC. ("COMPANY") may obtain from Sterling Infosystems, Inc. ("STERLING"), 1 State Street, New York, NY 10004, (877) 424-2457, www.sterlinginfosystems.com, a consumer report and/or an investigative consumer report ("REPORT") that contains background information about you in connection with your employment or employment application. If you are hired, to the extent permitted by law, COMPANY may obtain from STERLING further reports throughout your employment for an employment purpose without providing further disclosure or obtaining additional consent.

The REPORT may contain information about your character, general reputation, personal characteristics and mode of living. The REPORT may include, but is not limited to, credit reports and credit history information; criminal and other public records and history; public court records (e.g., bankruptcies, tax liens and judgments); motor vehicle and driving records; educational and employment history, including professional disciplinary actions; drug/alcohol test results; and Social Security verification and address history, subject to any limitations imposed by applicable federal and state law. This information may be obtained from public record and private sources, including credit bureaus, government agencies and judicial records, former employers and educational institutions, and other sources.

If an investigative consumer REPORT is obtained, in addition to the description above, the nature and scope of any such REPORT will be employment verifications and references, or personal references.

**California Disclosure Regarding Employment Background Report**

COMPANY may obtain from Sterling Infosystems, Inc. ("STERLING"), 1 State Street, New York, NY 10004, (877) 424-2457, www.sterlinginfosystems.com, a consumer report and/or an investigative consumer report ("REPORT") that contains background information about you in connection with your employment or employment application for employment purposes. If you are hired, to the extent permitted by law, COMPANY may obtain from STERLING further REPORTS throughout your employment for an employment purpose without providing further disclosure or obtaining additional consent.

Background Check Consent & Non-Disclosure Agreement | Postmates                                          6/2/15, 10:35 PM

The REPORT may contain information about your character, general reputation, personal characteristics and mode of living. The REPORT may include, but is not limited to, credit reports and credit history information; criminal and other public records and history; public court records (e.g., bankruptcies, tax liens and judgments); motor vehicle and driving records; educational and employment history, including professional disciplinary actions; drug/alcohol test results; and Social Security verification and address history, subject to any limitations imposed by applicable federal and state law. This information may be obtained from public record and private sources, including credit bureaus, government agencies and judicial records, former employers and educational institutions, and other sources.

If an investigative consumer REPORT is obtained, in addition to the description above, the nature and scope of any such REPORT will be employment verifications and references, or personal references.

You may inspect STERLING's files concerning you during normal business hours and upon reasonable notice. You can inspect the files at STERLING's offices if you furnish proper identification, and you can obtain a copy by paying duplication costs. One other person can accompany you if he or she furnishes reasonable identification. You can also obtain a copy of your files by sending STERLING at the address listed above a written request, including proper identification, by certified mail. STERLING will give you a summary of the information in the files by telephone if you submit a written request including proper identification. STERLING has trained personnel who can explain the information furnished to you, and can provide a written explanation of any coded information contained in your files. "Proper identification" includes documents such as a valid driver's license, Social Security card, military identification card or credit card. If necessary, STERLING may request additional information about your employment and personal or family history to verify your identity.

**Authorization to Obtain Employment Background Report**

I have read the Disclosure Regarding Employment Background Report provided by COMPANY and this Authorization to Obtain Employment Background Report.

By my signature below, I hereby consent to the preparation by Sterling Infosystems, Inc. ("STERLING"), a consumer reporting agency located at 1 State Street, New York NY 10004, (877) 424-2457, www.sterlinginfosystems.com, of background reports regarding me and the release of such reports to the COMPANY and its designated representatives, to assist the COMPANY in making an employment decision involving me at any time after receipt of this authorization and throughout my employment, to the extent permitted by law.

To this end, I hereby authorize, without reservation, any state or federal law enforcement agency or court, educational institution, motor vehicle record agency, credit bureau or other information service bureau or data repository, or employer to furnish any and all information regarding me to STERLING and/or the COMPANY itself, and authorize STERLING to provide such information to the COMPANY. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

I acknowledge receipt of a copy of the Consumer Financial Protection Bureau's "A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT."

**FOR WASHINGTON RESIDENTS ONLY:**

Background Check Consent & Non-Disclosure Agreement | Postmates                                              6/2/15, 10:35 PM

By agreeing below, I attest that I am a prospective independent contractor of the COMPANY and that I request a copy of my official Driving Record in the State of Washington be released to Company or their agent, not to exceed thirty (30) days from the date below.

**Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Burea**

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - ○ a person has taken adverse action against you because of information in your credit report;
  - ○ you are the victim of identity theft and place a fraud alert in your file;
  - ○ your file contains inaccurate information as a result of fraud;
  - ○ you are on public assistance;
  - ○ you are unemployed but expect to apply for employment within 60 days.
- In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has

Background Check Consent & Non-Disclosure Agreement | Postmates                                                     6/2/15, 10:35 PM

verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1. a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Consumer Financial Protection Bureau 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the Bureau: | b. Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: | |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| | d. National Credit Union |

| | |
|---|---|
| d. Federal Credit Unions | Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Department of Transportation 1200 New Jersey Avenue, SE Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street SW Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive Mclean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |

**New York Article 23-A Correction Law**

**§ 750.** Definitions. For the purposes of this article, the following terms shall have the following meanings: (1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission. (2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons. (3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question. (4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm. (5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment" shall not, for the

Exhibit 2
Page 5 of 11

purposes of this article, include membership in any law enforcement agency.

§ **751.** Applicability. The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

§ **752.** Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited. No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual's having been previously convicted of one or more criminal offenses, or by reason of afinding of lack of "good moral character" when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

1. there is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or heldby the individual; or
2. the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

§ **753.** Factors to be considered concerning a previous criminal conviction; presumption. 1. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors: (a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses. (b) The specific duties and responsibilities necessarily related to the license or employment sought or held by the person. (c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities. (d) The time which has elapsed since the occurrence of the criminal offense or offenses. (e) The age of the person at the time of occurrence of the criminal offense or offenses. (f) The seriousness of the offense or offenses. (g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct. (h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public. 2. In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

§ **754.** Written statement upon denial of license or employment. At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

§ **755.** Enforcement. 1. In relation to actions by public agencies, the provisions of this article shall be

enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules. 2. In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

**Electronic Consent Acknowledgement**

This disclosure requires an electronic or physical signature before it can be submitted. The law requires that we provide certain information to you and obtain consent to use an electronic signature prior to your doing so. To agree to the use of an electronic signature and to sign this document with the same effect as physically signing your name, click the "Submit" button at the bottom of this page after reviewing both the document and the information regarding the use of electronic signatures.

Information on using electronic signatures in accordance with applicable state and federal laws:

1. You may elect to use and sign a paper version of this document. To use a paper version, print this page from your computer, sign it, and mail to:
   Postmates Inc., 475 Valencia Street, San Francisco, CA 94103.
   Your information will not be stored until we receive this document
2. If you do not want to sign this document, do not click "Submit." Close your web browser, or use your back button to exit this screen.
3. Your agreement to use an electronic signature applies to this document and this session. If you decide to do other electronic business with us in the future, you will need to separately agree to each transaction.
4. If you would like to withdraw consent or update your contact information you may call COMPANY at 1 800 882 6106.
5. After successful completion of your electronic signature you can obtain paper and/or electronic copies of this document at no cost.

I understand that if I would like a paper copy of this Disclosure and separate Authorization Form, I may print a copy, or I may request one be mailed to me at no charge, by calling COMPANY at 1 800 882 6106.

I understand that typing my name and entering my social security number where indicated below, and then clicking on "Submit" constitutes my electronic signature of the authorization to obtain employment background report and certification of the accuracy of the information I have provided as of the date and time of submission, and that by doing so:

I am consenting to the use of electronic means to (i) sign this form, (ii) receive the Disclosure Statement appearing above, and (iii) electronic storage of the underlying documents.

Please review the information you have entered for completeness and accuracy before applying your electronic signature.

If you need to edit any of the information you can do so by clicking the "Back" button.

A copy of your signed documents will be available immediately after submission by selecting one of the options on the "Thank You" page.

**State Law Notices Relating to Your Background Report**

**Washington State Applicants only:** You also have the right to request from the consumer reporting agency a written summary of your rights and remedies under the Washington Fair Credit Reporting Act.

**California, Massachusetts, Minnesota, New Jersey and Oklahoma Applicants Only:** You have the right to request a copy of any REPORT obtained by COMPANY from STERLING, and can make such request by e-mailing ride@postmates.com or calling COMPANY at 1 800 882 6106.

**New York Applicants Only:** By signing the authorization, you acknowledge that you have received a copy of New York Correction Law Article 23-A. You have the right, upon written request, to be informed whether an investigative consumer REPORT was requested. If such a REPORT was requested, you will be provided with the name and address of the consumer reporting agency that prepared the REPORT and you can contact that agency to inspect or receive a copy of the REPORT.

---

# NON-DISCLOSURE AGREEMENT

By clicking **"Submit"** below, I (**"Recipient"**) hereby accept the terms of this Nondisclosure Agreement by and between Recipient and Postmates Inc. (**"Company"**) (each herein referred to individually as a **"Party,"** or collectively as the **"Parties"**). In consideration of the covenants and conditions contained herein, the Parties hereby agree to the following:

**1. Purpose**

The Parties wish to explore a business opportunity of mutual interest (the **"Opportunity"**), and in connection with the Opportunity, Company has disclosed, and may further disclose to Recipient certain confidential technical and business information that Company desires Recipient to treat as confidential.

**2. Confidential Information**

    A. *Definition.* **"Confidential Information"** means any information (including any and all combinations of individual items of information) disclosed by Company to Recipient, including any information disclosed prior to the Effective Date, either directly or indirectly in writing, orally or by inspection of tangible objects (including, without limitation, research, product plans, products, services, equipment, customers, markets, software, inventions, discoveries, ideas, processes, designs, drawings, hardware, formulations, specifications, product configuration information, marketing and finance documents, prototypes, samples, data sets, and equipment), whether or not designated as "confidential" at the time of disclosure. Confidential Information may also include information of a third party that is in Company's possession and is disclosed to Recipient under this Agreement.

    B. *Exceptions.* Confidential Information shall not, however, include any information that Recipient can establish: (i) was publicly known or made generally available without a duty of confidentiality prior to the time of disclosure to Recipient by Company; (ii) becomes publicly known or made generally available without a duty of confidentiality after disclosure to Recipient by Company through no action or inaction of Recipient; or (iii) is in the rightful possession of Recipient without confidentiality obligations at the time of disclosure by Company to Recipient as shown by Recipient's then-

contemporaneous written files and records kept in the ordinary course of business; provided that any combination of individual items of information shall not be deemed to be within any of the foregoing exceptions merely because one or more of the individual items are within such exception, unless the combination as a whole is within such exception.

C. *Compelled Disclosure.* If Recipient becomes legally compelled to disclose any Confidential Information, other than pursuant to a confidentiality agreement, Recipient will provide Company prompt written notice of such disclosure and will assist Company in seeking a protective order or another appropriate remedy. If Company waives Recipient's compliance with this Agreement or fails to obtain a protective order or other appropriate remedy, Recipient will furnish only that portion of the Confidential Information that is legally required to be disclosed; provided that any Confidential Information so disclosed shall maintain its confidentiality protection for all purposes other than such legally compelled disclosure.

### 3. Non-use and Non-disclosure

Recipient shall not use any Confidential Information for any purpose except to evaluate and engage in discussions concerning the Opportunity. Recipient shall not disclose any Confidential Information or permit any Confidential Information to be disclosed, either directly or indirectly, to any third party without Company's prior written consent. Recipient shall not disclose Confidential Information or permit the disclosure of Confidential Information to its employees, except that Recipient may disclose Confidential Information to those employees of Recipient who are required to have the information in order for Recipient to evaluate or engage in discussions concerning the Opportunity; provided that such employee has signed a non-use and non-disclosure agreement in content at least as protective as the provisions hereof, prior to any disclosure of Confidential Information to such employee. Recipient shall not reverse engineer, disassemble, or decompile any prototypes, software, samples, or other tangible objects that embody the Confidential Information.

### 4. Maintenance of Confidentiality

Recipient shall take reasonable measures to protect the secrecy of and avoid disclosure and unauthorized use of the Confidential Information. Without limiting the foregoing, Recipient shall take at least those measures it employs to protect its own most highly confidential information. Recipient shall not make any copies of the Confidential Information unless the same are previously approved in writing by Company. Recipient shall reproduce Company's proprietary rights notices on any such authorized copies, in the same manner in which such notices were set forth in or on the original. Recipient shall immediately notify Company of any unauthorized use or disclosure, or suspected unauthorized use or disclosure, of Confidential Information.

### 5. No Obligation

Nothing in this Agreement shall obligate either Party to proceed with any transaction between them, and each Party reserves the right, in its sole discretion, to terminate the discussions contemplated by this Agreement concerning the Opportunity. Nothing in this Agreement shall be construed to restrict Company's use or disclosure of its own Confidential Information.

### 6. No Warranty

ALL CONFIDENTIAL INFORMATION IS PROVIDED "AS IS." COMPANY MAKES NO WARRANTIES, EXPRESS, IMPLIED OR OTHERWISE, REGARDING THE ACCURACY, COMPLETENESS OR PERFORMANCE OF ANY CONFIDENTIAL INFORMATION, OR WITH RESPECT TO NON-INFRINGEMENT OR OTHER VIOLATION OF ANY INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY OR OF RECIPIENT.

**7. Return of Materials**

All documents and other tangible objects containing or representing Confidential Information and all copies or extracts thereof or notes derived therefrom that are in the possession or control of Recipient shall be and remain the property of Company and shall be promptly returned to Company or destroyed (with proof of such destruction), each upon Company's request.

**8. No License**

Nothing in this Agreement is intended to grant any rights to Recipient under any intellectual property right of Company, nor shall this Agreement grant Recipient any rights in or to the Confidential Information except as expressly set forth in this Agreement.

**9. Term**

The obligations of Recipient under this Agreement shall survive until such time as all Confidential Information disclosed hereunder becomes publically known or made generally available through no action or inaction of Recipient.

**10. Remedies**

Recipient agrees that any violation or threatened violation of this Agreement will cause irreparable injury to Company, entitling Company to obtain injunctive relief in addition to all legal remedies without showing or proving any actual damage and without any bond being required to be posted.

**11. Recipient Information**

Company does not wish to receive any confidential information from Recipient, and Company assumes no obligation, either expressed or implied, with respect to any information disclosed by Recipient to Company.

**12. Miscellaneous**

This Agreement shall bind and inure to the benefit of the Parties and their respective successors and permitted assigns; except that Recipient may not assign or otherwise transfer this Agreement, by operation of law or otherwise, (including by merger, reorganization, consolidation, change of control, or sale of all or substantially all of Recipient's assets to which this Agreement pertains), without written consent of Company. Any assignment or transfer of this Agreement in violation of the foregoing shall be null and void. This Agreement will be interpreted and construed in accordance with the laws of the State of California, without

regard to conflict of law principles. Recipient hereby represents and warrants that the persons executing this Agreement on its behalf have express authority to do so, and, in so doing, to bind Recipient thereto. This Agreement contains the entire agreement between the Parties with respect to the Opportunity and supersedes all prior written and oral agreements between the Parties regarding the Opportunity. If a court or other body of competent jurisdiction finds any provision of this Agreement, or portion thereof, to be invalid or unenforceable, such provision will be enforced to the maximum extent permissible so as to effect the intent of the Parties, and the remainder of this Agreement will continue in full force and effect. A Party's failure to enforce any provision of this Agreement shall neither be construed as a waiver of the provision nor prevent the Party from enforcing any other provision of this Agreement.

By entering your Social Security Number you agree to the terms above.

Social Security Number

Back

Submit

© 2015 Postmates Inc.

- iOS
- Android
- About
- Couriers
- Developers
- Testimonials
- Jobs
- Press
- Help
- Terms
- Privacy

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Matthew C. Helland (SBN 250451)
Nichols Kaster, LLP, One Embarcadero Center, Suite 720
San Francisco, CA 94111

TELEPHONE NO.: 415-277-7235   FAX NO.: 415-277-7238
ATTORNEY FOR *(Name):* Plaintiff Lorretta Nesbitt

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civil Division

**FOR COURT USE ONLY**

**F I L E D**
Superior Court of California
County of San Francisco

JUL 3 1 2015

CLERK OF THE COURT
BY: *Arlene Ramos*
ARLENE RAMOS   Deputy Clerk

CASE NAME:
Nesbitt v. Postmates Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CGC 15-547146<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[✓] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
 a. [ ] Large number of separately represented parties
 b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
 c. [✓] Substantial amount of documentary evidence
 d. [ ] Large number of witnesses
 e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
 f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary b.[✓] nonmonetary; declaratory or injunctive relief c.[✓] punitive
4. Number of causes of action *(specify):* 1
5. This case [✓] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:
Matthew C. Helland
(TYPE OR PRINT NAME)       ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|